UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

|  |  |  |
|---|---|---|
| IN RE: | : | CASE NO.: 14-13367-cgm |
|  | : |  |
|  | : | CHAPTER: 13 |
| Barbara Daniel | : |  |
| *aka Barbara Johnson* | : | HON. CHIEF JUDGE.: |
| *aka Barbara J. Daniel*, | : | Cecelia G. Morris |
|  | : |  |
| Debtor. | : |  |

------------------------------------------------------------------X

## ORDER DENYING RELIEF FROM
## THE AUTOMATIC STAY

Upon the motion, dated January 7, 2020, (the "Motion"), of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust (with any subsequent successor or assign, the "Movant"), for an order, pursuant to section 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Movant's interests 2390 Palisade Avenue, Unit 1-K, Bronx, NY 10463 (the "Property") to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on January 30, 2020 at 11:00am and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is denied as provided herein.



**Dated: February 11, 2020**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**